1

2

3

4

5                     IN THE UNITED STATES DISTRICT COURT

6              FOR THE EASTERN DISTRICT OF CALIFORNIA

7  JAMES BROWNLEE,

8           Petitioner,                No. CIV-S-05-2455 DFL JFM P

9      vs.

10  TOM L. CAREY, et al.,

11          Respondents.         <u>ORDER</u>

12  _____/

13         Petitioner has requested the appointment of counsel.  There currently exists no

14  absolute right to appointment of counsel in habeas proceedings.  <u>See</u> <u>Nevius v. Sumner</u>, 105 F.3d

15  453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at

16  any stage of the case "if the interests of justice so require."  <u>See</u> Rule 8(c), Fed. R. Governing

17  § 2254 Cases.  In the present case, the court does not find that the interests of justice would be

18  served by the appointment of counsel at the present time.

19         Accordingly, IT IS HEREBY ORDERED that petitioner's December 5, 2005

20  request for appointment of counsel is denied without prejudice to a renewal of the motion at a

21  later stage of the proceedings.

22  DATED:  January 17, 2006.

23

24                             UNITED STATES MAGISTRATE JUDGE

25

26  /001; brow2455.110