IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES BROWNLEE,

    Petitioner,                    No. CIV S-05-2455 DFL JFM P

    vs.

TOM L. CAREY, et al.,

    Respondents.                ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On January 18, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Petitioner has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

In addition, within petitioner's objections, petitioner appears to renew his request for appointment of counsel. For the reasons set forth in the court's January 18, 2006 order, petitioner's renewed request for counsel is denied.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 18, 2006, are adopted in full.

2. This action is dismissed without prejudice. See 28 U.S.C. § 2244(b).

3. Petitioner's January 26, 2006 renewed request for appointment of counsel is denied.

DATED: 3/7/2006

_____
DAVID F. LEVI
United States District Judge